

# DAVIDOFF HUTCHER & CITRON LLP
## ATTORNEYS AT LAW

605 THIRD AVENUE
NEW YORK, NY 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

GARDEN CITY
ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 248-6400

ALBANY
GOVERNMENT RELATIONS
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
GOVERNMENT RELATIONS
1211 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036
(202) 347-1117

WRITER'S DIRECT: (646) 428-3204
E-MAIL: apm@dhclegal.com

December 16, 2025

VIA ECF
Hon. Clay H. Kaminsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Nitka, Inc. v. Zillow, Inc.*, 1:24-cv-05688-NG-VMS (E.D.N.Y.)

Dear Judge Kamisky:

We represent Plaintiff in the above-captioned action and, together with Defendant, respectfully provide this joint status report concerning the above-referenced action.

By way of case background, after the Complaint was filed, the parties sought to try to resolve this action by mediation. To aid such mediation, Judge Scanlon ordered the parties to conduct initial discovery by exchanging initial disclosures with a detailed calculation of damages and identification of relevant documents by January 31, 2025. The parties did so by the deadline.

On April 2, 2025, the parties attended a mediation conducted by Scott Mollen, Esq. The parties were not able to resolve the dispute at the mediation. On June 20, 2025, Plaintiff filed an Amended Complaint. On August 7, 2025, Defendant moved to dismiss the Amended Complaint, and the motion was not fully briefed until October 22, 2025. (*See* Dkt. 20.) To date, the Court has not issued a decision on the Motion to Dismiss.

On December 16, 2025, Your Honor granted the parties' letter-motion for an extension of the discovery deadlines until the Court has issued a decision resolving Defendant's pending motion to dismiss the Amended Complaint. (See Dkt. 23.) Your Honor held that discovery is stayed and all discovery deadlines are adjourned *sine die* pending resolution of the Motion to Dismiss.

The parties are available should the Court require further information or have further instruction.

DAVIDOFF HUTCHER & CITRON LLP

United States Magistrate Clay H. Kaminsky
December 16, 2025
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

DAVIDOFF HUTCHER & CITRON LLP

*/s/ Alex P. McBride*
Daniel Goldenberg
Alex P. McBride
Matthew Harnisch
*Counsel for Plaintiff*


BUCHANAN INGERSOLL &
ROONEY P.C.

*/s/ Stuart P. Slotnick*
Stuart P. Slotnick
Natalie N. Peled
*Counsel for Defendant*